No. 3,779.—JOSEPH GUSSENHOVEN, RESPONDENT, *v.* EUNICE H. WILBER, APPELLANT.

*Appeal from District Court of Hill County; John W. Tattan, Judge.*

Decided December 20, 1915.

PER CURIAM.—Respondent's motion to dismiss the appeal in the above-entitled action is, after due consideration by the court, sustained, and the appeal hereby dismissed.

*Messrs. Nelson & Turcotte,* for Respondent.